**Haren S. GANDHI, John Vito Cavataio, Robert Henry Hammerle, and Yisun Cheng, Appellants,**

v.

**Brigitte BANDL–KONRAD, Andreas Hertzberg, Bernd Krutzsch, Arno Nolte, Markus Paule, Stefan Renfftlen, Norbert Waldbuesser, Michel Weibel, Guenter Wenninger, and Rolf Wunsch, Appellees.**

**Haren S. Gandhi, John Vito Cavataio, Robert Henry Hammerle, and Yisun Cheng, Appellees,**

v.

**Brigitte Bandl–Konrad, Andreas Hertzberg, Bernd Krutzsch, Arno Nolte, Markus Paule, Stefan Renfftlen, Norbert Waldbuesser, Michel Weibel, Guenter Wenninger, and Rolf Wunsch, Appellants.**

Nos. 2014–1087, 2014–1088.

United States Court of Appeals, Federal Circuit.

April 2, 2014.

Edward Anthony Figg, Robert Danny Huntington, Esq., Attorney, Rothwell, Figg, Ernst & Manbeck, P.C., Washington, DC, for Appellees.

Michael H. Jacobs, Crowell & Moring, LLP, Washington, DC, for Appellants.

## ORDER

### ON MOTION

Brigitte Bandl–Konrad et al. move without opposition to withdraw their cross-appeal (Appeal No. 2014–1088).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. 2014–1088 is dismissed. The revised official caption for 2014–1087 is reflected above.

(2) Each side shall bear its own costs in 2014–1088.